PER CURIAM.
Affirmed. McCormick Machinery v. Julian E. Johnson & Sons, Inc., 523 So.2d 651 (Fla. 1st DCA 1988); Ryan v. Atlantic Fertilizer & Chemical Company, 515 So.2d 324 (Fla. 3d DCA 1987); Willage v. Law Offices of Wallace & Breslow, P.A., 415 So.2d 767 (Fla. 3d DCA 1982); Keith v. Russel T. Bundy & Associates, Inc., 495 So.2d 1223 (Fla. 5th DCA 1986); Fletcher Co. v. Melroe Manufacturing Co., 238 So.2d 142 (Fla. 1st DCA 1970); Royal v. Black & Decker Manufacturing Co., 205 So.2d 307 (Fla. 3d DCA 1968), cert. denied, 211 So.2d 214 (Fla.1968); Wisner v. Goodyear Tire & Rubber Co., 167 So.2d 254 (Fla. 2d DCA 1964). Section 672.316(3)(b), Florida Statutes (1989).